IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMON CAUSE GEORGIA and TREAUNNA C. DENNIS<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FEDERAL ELECTION COMMISSION<br><br>　　　　Defendant. | Civil Action No. 1:22-cv-03067 |

### CERTIFICATE RULE LCvR 26.1

Pursuant to LCvR 26.1, I, the undersigned counsel for Plaintiff Common Cause Georgia (a nonprofit organization), certify that to the best of my knowledge and belief, Common Cause Georgia is a Georgia office of Common Cause, a national nonprofit organization with no corporate parent. Neither Common Cause Georgia nor Common Cause is publicly held.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: October 10, 2022　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Megan P. McAllen*
　　　　　　　　　　　　　　　　　　　　　　Megan P. McAllen (DC Bar No. 1020509)
　　　　　　　　　　　　　　　　　　　　　　Campaign Legal Center Action
　　　　　　　　　　　　　　　　　　　　　　1101 14th St. NW, Suite 400
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　　　　　(202) 736-2200